In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00224-CR
_____

DANIEL WARD HUNTER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 359th District Court
Montgomery County, Texas
Trial Cause No. 16-03-03783-CR

MEMORANDUM OPINION

On July 2, 2018, we notified the parties that the appeal would be dismissed for want of prosecution unless arrangements were made for filing the record or the appellant explained why he needed more time for filing the record. *See* Tex. R. App. P. 37.3(b). The appellant, Daniel Ward Hunter, did not file a response. It appears that the appellant is not entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.2. There being no satisfactory explanation for the failure to file the record, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

1

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on August 28, 2018
Opinion Delivered August 29, 2018
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.